IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

In re

MEDEX REGIONAL
LABORATORIES, LLC

Case No. 03-31932
Chapter 11

Debtor

---

THE OFFICIAL UNSECURED
CREDITORS COMMITTEE OF
MEDEX REGIONAL LABOARATORIES, LLC

Plaintiff

vs.

Adv. Proc. No. 03-3201

WELLMONT HEALTH SYSTEM,
GARY L. ADELSON, G. ROBERT AINSLIE,
JANET BROWN, EDWARD G. BUSH,
PETER F. GALE, EDDIE ALLEN GEORGE,
MARCUS CLARK GRIMES, PAT HICKIE,
MICHAEL EUGENE LADD, GEORGE MACIONE,
STEVEN NEWMAN, ED OLLIE, RICHARD RAY,
FIELDING ROLSTON, T. ARTHUR SCOTT,
and PAUL J. SIDES

Defendants

## MOTION FOR WITHDRAWAL

Pursuant to 28 U.S.C. §157(d) and Federal Rule of Bankruptcy Procedure 5011, the Official Unsecured Creditors Committee of Medex Regional Laboratories, LLC

requests withdrawal by the District Court of this adversary proceeding for the reasons stated in the accompanying Memorandum Brief supporting this Motion.

_Maurice K. Guinn_
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
Attorneys for Unsecured Creditors Committee
of Medex Regional Laboratories, LLC

MKG/bd:P 4805 Motion for Withdrawal 6-3-04

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this Motion were served by first class mail with postage prepaid or by hand delivery in envelopes addressed as follows on June __4__, 2004:

William P. Snyder
Kramer, Rayson, Leake, Rodgers & Morgan
First Tennessee Plaza
800 S. Gay Street, Suite 2500
Knoxville, Tennessee 37929
(Hand Delivery)

Garrett P. Swartwood
Long, Ragsdale & Waters, P.C.
1111 Northshore Drive, Suite S-700
Knoxville, Tennessee 37919

Michael A. Faulk
P.O. Box 2080
Church Hill, Tennessee 37642

Michael H. Fitzpatrick
Jenkins & Jenkins
2121 First Tennessee Plaza
800 S. Gay Street
Knoxville, Tennessee 37929
(Hand Delivery)

Robert D. Tuke
Trauger, Ney & Tuke
The Southern Turf Building
222 Fourth Avenue North
Nashville, Tennessee 37219-2101

Arthur M. Fowler
McKinnon, Fowler, Fox & Taylor
130 East Market Street
Johnson City, Tennessee 37604

Michael Eugene Ladd
#20281-074
Manchester FCI
P.O. Box 3000
Fox Hollow Road
Manchester, Kentucky 40962

Dean B. Farmer
Hodges, Doughty & Carson
P.O. Box 869
Knoxville, Tennessee 37901

_____
Maurice K. Guinn